UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SIMON J. BURCHETT PHOTOGRAPHY, INC.,

                **Plaintiff,**   20-CV-3449 (PAE)(SN)

    -against-   **ORDER**

BOLT INNOVATION GROUP LLC,

                **Defendant.**
------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    This case was referred to my docket for general pretrial supervision on May 5, 2020. According to the docket, service was executed upon the defendant on July 27, 2020, and defendant's answer was due August 17, 2020. To date, defendant has not appeared.

    Plaintiff is therefore ORDERED to move for default or otherwise inform the Court how he intends to proceed with the prosecution of this case by no later than September 4, 2020.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    August 21, 2020
             New York, New York